2016 WY 57

**Christopher G. APPLING, Appellant (Defendant),**

v.

**The STATE of Wyoming, Appellee (Plaintiff).**

S–16–0025

Supreme Court of Wyoming.

June 8, 2016

ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1] **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered unconditional guilty pleas to (1) one count of kidnapping, and (2) one count of strangulation of a household member. Wyo. Stat. Ann. § 6–2–201(a)(iii) & (c) and § 6–2–509. The district court imposed concurrent sentences of 15 to 20 and 4 to 5 years. Appellant filed this appeal to challenge the district court's September 14, 2015, "Judgment Upon Plea of Guilty" and its December 18, 2015, "Sentence."

[¶2] On March 29, 2016, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). On March 31, this Court entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that, on or before May 16, 2016, Appellant "may file with this Court a *pro se* brief specifying the issues he would like this Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal." This Court notes that Appellant has not filed a *pro se* brief or other pleading in the time allotted.

[¶3] Now, following a careful review of the record and the *"Anders* brief" submitted by appellate counsel, this Court finds that appel-

late counsel's motion to withdraw should be granted and the district court's "Judgment Upon Plea of Guilty" and "Sentence" should be affirmed. It is, therefore,

[¶4] **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Christopher G. Appling, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5] **ORDERED** that the district court's September 14, 2015, "Judgment Upon Plea of Guilty" and its December 18, 2015, "Sentence" be, and the same hereby are, affirmed.

[¶6] **DATED** this 8th day of June, 2016.

**BY THE COURT:**

/s/

**E. JAMES BURKE**
**Chief Justice**